

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM GEOFFREY THACKER, | § | No. 08-18-00085-CR |
| Appellant, | § | Appeal from the 205th |
| v. | § | Judicial District Court |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20170D02483) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the part of the judgment finding Appellant guilty. We therefore affirm that part of the judgment. We conclude there was error in the portion of the judgment imposing punishment. We therefore remand this cause for a new punishment hearing to determine the finality of Appellant's prior conviction.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.